# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: LE, MONITA S. | § Case No. 09-33957 |
| | § |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BRADLEY J. WALLER_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 05/27/2011 in Courtroom 201, United States Courthouse, Will County Court Annex Building
57 North Ottawa Street
Joliet, IL  60432.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed: 04/06/2011      By: /s/BRADLEY J. WALLER
                                                           Trustee

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL 60178
(815) 748-0380

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: LE, MONITA S. | § Case No. 09-33957 |
| | § |
| | § |
| | § |
| Debtor(s) | § |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*  $ 6,001.00

*and approved disbursements of*  $ 0.00

*leaving a balance on hand of* [1]  $ 6,001.00

**Balance on hand:**  $ 6,001.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:  $ 0.00
Remaining balance:  $ 6,001.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BRADLEY J. WALLER | 1,350.10 | 0.00 | 1,350.10 |
| Trustee, Expenses - BRADLEY J. WALLER | 103.75 | 0.00 | 103.75 |

Total to be paid for chapter 7 administration expenses:  $ 1,453.85
Remaining balance:  $ 4,547.15

---

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $    0.00
Remaining balance:   $    4,547.15

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:   $    0.00
Remaining balance:   $    4,547.15

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 19,304.83 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 23.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | CANDICA, L.L.C. | 750.15 | 0.00 | 176.69 |
| 2 | AMERICAN INFOSOURCE LP AS AGENT FOR | 440.56 | 0.00 | 103.77 |
| 3 | Von Maur | 271.04 | 0.00 | 63.84 |
| 4 | Chase Bank USA, N.A. | 1,641.12 | 0.00 | 386.56 |
| 5 | Chase Bank USA, N.A. | 6,814.87 | 0.00 | 1,605.21 |
| 6 | PYOD LLC its successors and assigns as assignee of | 560.49 | 0.00 | 132.02 |
| 7 | PYOD LLC its successors and assigns as assignee of | 493.45 | 0.00 | 116.23 |
| 8 | State Farm Bank | 2,772.07 | 0.00 | 652.95 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| 9 | GE Money Bank dba JCPENNEY CREDIT SERVICES | 1,646.96 | 0.00 | 387.93 |
| 10 | GE Money Bank dba PAYPAL | 440.60 | 0.00 | 103.78 |
| 11 | GE Money Bank dba WAL-MART DISCOVER CARD | 2,420.46 | 0.00 | 570.13 |
| 12 | GE Money Bank dba MEIJER | 1,053.06 | 0.00 | 248.04 |

Total to be paid for timely general unsecured claims:    $    4,547.15
Remaining balance:    $    0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:    $    0.00
Remaining balance:    $    0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims:    $    0.00
Remaining balance:    $    0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/BRADLEY J. WALLER
                Trustee, Bradley J. Waller

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL 60178
(815) 748-0380

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: dross              Page 1 of 1             Date Rcvd: Jan 15, 2010
Case: 09-33957                Form ID: ntcftfc7        Total Noticed: 26


The following entities were noticed by first class mail on Jan 17, 2010.
db           +Monita S. Le,    421 West Briarcliff Road,    Bolingbrook, IL 60440-2818
aty          +Martin J O'Hearn,    Law Offices Of Martin J O'Hearn,    10047 S Western Ave,
               Chicago, IL 60643-1925
tr           +Bradley J Waller,    Klein Stoddard Buck Waller & Lewis LLC,    2045 Aberdeen Court,
               Sycamore, IL 60178-3140
14443207     +AT&T Universal/CitiBank,    P.O. Box 6241,    Sioux Falls, SD 57117-6241
14443186     +Aurora Loan Services Inc,    10350 Park Meadows Dr,    Littleton, CO 80124-6800
14443189     +Bopha Kim,    421 West Briarcliff Road,    Bolingbrook, IL 60440-2818
14856363     +CANDICA, L.L.C.,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
14443205     +GEMB/Paypal Buyer Cred.,    P.O. Box 981400,    El Paso, TX 79998-1400
14443188      Kay Jewelers,    PO Box 1799,    Akron, OH 44309-1799
14443199     +Kohls/Chase,    N56 W 17000 Ridgewood,    Menomonee Falls, WI 53051-7096
14443206     +NTB/CBSD,    P.O. Box 6003,    Hagerstown, MD 21747-6003
14443187     +Ocwen Loan Servicing,    c/o Falso Solutions,    PO Box 77404,    Ewing, NJ 08628-6404
14443200     +State Farm Financial Svc,    3 State Farm Plaza N-4,    Bloomington, IL 61791-0002
14443202     +The Home Depot/Citibank,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
14443190    ++VON MAUR INC,    6565 BRADY STREET,    DAVENPORT IA 52806-2054
              (address filed with court: Von Maur,    6565 Brady Street,    Davenport, IA 52086-2054)
14443203     +WFFNATBANK/Hobo,    P.O. Box 94498,    Las Vegas, NV 89193-4498
14443194     +Washington Mutual c/o,    ER Solutions,    800 SW 39th Street,    Renton, WA 98057-4975

The following entities were noticed by electronic transmission on Jan 15, 2010.
14443204     +EDI: TSYS2.COM Jan 15 2010 18:48:00     Barclays Bank Delaware,    125 S West Street,
               Wilmington, DE 19801-5014
14443192     +EDI: CAPITALONE.COM Jan 15 2010 18:48:00     Capital One,    P.O. Box 30281,
               Salt Lake City, UT 84130-0281
14443193     +EDI: CHASE.COM Jan 15 2010 18:48:00     Chase,    800 Brooksedge Blvd,    Columbus, OH 43081-2822
14443195     +EDI: RMSC.COM Jan 15 2010 18:48:00     GEMB/JC Penney,    P.O. Box 981131,
               El Paso, TX 79998-1131
14443196     +EDI: RMSC.COM Jan 15 2010 18:48:00     GEMB/Meijer,    P.O. Box 981400,    El Paso, TX 79998-1400
14443197     +EDI: RMSC.COM Jan 15 2010 18:48:00     GEMB/Walmart DC,    P.O. Box 981400,
               El Paso, TX 79998-1400
14443198     +EDI: HFC.COM Jan 15 2010 18:48:00     HSBC Bank,    P.O. Box 5253,    Carol Stream, IL 60197-5253
14443191      EDI: TSYS2.COM Jan 15 2010 18:48:00     Juniper Mastercard,    P.O. Box 13337,
               Philadelphia, PA 19101-3337
14443201     +EDI: WTRRNBANK.COM Jan 15 2010 18:48:00     Target NB,    P.O. Box 673,
               Minneapolis, MN 55440-0673
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 17, 2010                   Signature:    *Joseph Speetjens*