# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: LE, MONITA S.                                    Case No. 09-33957
_____,        Chapter   7
                    Debtor

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

BRADLEY J. WALLER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $180,220.00                 Assets Exempt: $15,100.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $4,547.15    Claims Discharged
                                              Without Payment: $14,757.68

Total Expenses of Administration: $1,453.85

---

3) Total gross receipts of $    6,001.00    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    0.00    (see **Exhibit 2**), yielded net receipts of $6,001.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,453.85 | 1,453.85 | 1,453.85 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 19,304.83 | 19,304.83 | 4,547.15 |
| **TOTAL DISBURSEMENTS** | $0.00 | $20,758.68 | $20,758.68 | $6,001.00 |

    4)  This case was originally filed under Chapter 7 on September 14, 2009. The case was pending for 23 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/02/2011          By: /s/BRADLEY J. WALLER
                                       Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2004 Toyota Sienna (58,000 miles) | 1129-000 | 6,000.00 |
| Interest Income | 1270-000 | 1.00 |
| **TOTAL GROSS RECEIPTS** | | **$6,001.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BRADLEY J. WALLER | 2100-000 | N/A | 1,350.10 | 1,350.10 | 1,350.10 |
| BRADLEY J. WALLER | 2200-000 | N/A | 103.75 | 103.75 | 103.75 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 1,453.85 | 1,453.85 | 1,453.85 |

**UST Form 101-7-TDR (10/1/2010)**

### EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 −GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | CANDICA, L.L.C. | 7100-000 | N/A | 750.15 | 750.15 | 176.69 |
| 2 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | N/A | 440.56 | 440.56 | 103.77 |
| 3 | Von Maur | 7100-000 | N/A | 271.04 | 271.04 | 63.84 |
| 4 | Chase Bank USA, N.A. | 7100-000 | N/A | 1,641.12 | 1,641.12 | 386.56 |
| 5 | Chase Bank USA, N.A. | 7100-000 | N/A | 6,814.87 | 6,814.87 | 1,605.21 |
| 6 | PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 560.49 | 560.49 | 132.02 |
| 7 | PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 493.45 | 493.45 | 116.23 |
| 8 | State Farm Bank | 7100-000 | N/A | 2,772.07 | 2,772.07 | 652.95 |
| 9 | GE Money Bank dba JCPENNEY CREDIT SERVICES | 7100-000 | N/A | 1,646.96 | 1,646.96 | 387.93 |
| 10 | GE Money Bank dba PAYPAL | 7100-000 | N/A | 440.60 | 440.60 | 103.78 |
| 11 | GE Money Bank dba WAL-MART DISCOVER CARD | 7100-000 | N/A | 2,420.46 | 2,420.46 | 570.13 |
| 12 | GE Money Bank dba MEIJER | 7100-000 | N/A | 1,053.06 | 1,053.06 | 248.04 |
| TOTAL GENERAL UNSECURED CLAIMS | | | 0.00 | 19,304.83 | 19,304.83 | 4,547.15 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 09-33957  
**Case Name:** LE, MONITA S.  

**Trustee:** (330500) BRADLEY J. WALLER  
**Filed (f) or Converted (c):** 09/14/09 (f)  
**§341(a) Meeting Date:** 10/26/09  

**Period Ending:** 08/02/11  
**Claims Bar Date:** 04/19/10  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Single Family Residence 1 Devon Court, Bolingbro | 169,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Funds in Debtor's possession | 20.00 | 0.00 | DA | 0.00 | FA |
| 3 | Funds in Debtor's bank U.S. Bank | 100.00 | 0.00 | DA | 0.00 | FA |
| 4 | Furniture and appliances in Debtor's residence | 1,050.00 | 0.00 | DA | 0.00 | FA |
| 5 | Clothing | 50.00 | 0.00 | DA | 0.00 | FA |
| 6 | 1 Diamond Ring, Bracelet, Earrings | 10,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | 2004 Toyota Sienna (58,000 miles) | 0.00 | 6,000.00 | | 6,000.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 1.00 | FA |
| 8 | Assets    Totals (Excluding unknown values) | **$180,220.00** | **$6,000.00** | | **$6,001.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    December 31, 2010    **Current Projected Date Of Final Report (TFR):**    May 5, 2011  (Actual)

Printed: 08/02/2011 03:16 PM    V.12.57

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 09-33957  
**Case Name:** LE, MONITA S.  

**Taxpayer ID #:** **-***7361  
**Period Ending:** 08/02/11  

**Trustee:** BRADLEY J. WALLER (330500)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****43-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/22/10 | {7} | Bopha Kim or Monita Le | Compromise | 1129-000 | 750.00 | | 750.00 |
| 04/06/10 | | Wire out to BNYM account 9200******4365 | Wire out to BNYM account 9200******4365 | 9999-000 | -750.00 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | -750.00 | 0.00 | |
| | | | **Subtotal** | | 750.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$750.00** | **$0.00** | |

{} Asset reference(s)

Printed: 08/02/2011 03:16 PM    V.12.57

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 09-33957  
**Case Name:** LE, MONITA S.  

**Taxpayer ID #:** **-***7361  
**Period Ending:** 08/02/11  

**Trustee:** BRADLEY J. WALLER (330500)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******43-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********4365 | Wire in from JPMorgan Chase Bank, N.A. account ********4365 | 9999-000 | 750.00 | | 750.00 |
| 04/20/10 | {7} | Bopha Kim | Compromise | 1129-000 | 750.00 | | 1,500.00 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.05 | | 1,500.05 |
| 05/24/10 | {7} | Bopha Kim | Compromise | 1129-000 | 750.00 | | 2,250.05 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.09 | | 2,250.14 |
| 06/21/10 | {7} | Bopha Kim | Compromise | 1129-000 | 750.00 | | 3,000.14 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.15 | | 3,000.29 |
| 07/22/10 | {7} | Chantha Kim | Compromise | 1129-000 | 750.00 | | 3,750.29 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.19 | | 3,750.48 |
| 08/19/10 | {7} | Bopha Kim | Compromise | 1129-000 | 750.00 | | 4,500.48 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.23 | | 4,500.71 |
| 09/14/10 | {7} | Bopha Kim | Compromise | 1129-000 | 750.00 | | 5,250.71 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 5,250.74 |
| 10/18/10 | {7} | Bopha Kim | Compromise | 1129-000 | 750.00 | | 6,000.74 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 6,000.77 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 6,000.81 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,000.86 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,000.91 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 6,000.95 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,001.00 |
| 04/05/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.00 | | 6,001.00 |
| 04/05/11 | | To Account #9200******4366 | | 9999-000 | | 6,001.00 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 6,001.00 | 6,001.00 | $0.00 |
| | | | Less: Bank Transfers | | 750.00 | 6,001.00 | |
| | | | **Subtotal** | | 5,251.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$5,251.00** | **$0.00** | |

{} Asset reference(s)                                              Printed: 08/02/2011 03:16 PM    V.12.57

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 09-33957  
**Case Name:** LE, MONITA S.  
**Taxpayer ID #:** **-***7361  
**Period Ending:** 08/02/11  

**Trustee:** BRADLEY J. WALLER (330500)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******43-66 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/05/11 |  | From Account #9200******4365 |  | 9999-000 | 6,001.00 |  | 6,001.00 |
| 05/27/11 | 101 | BRADLEY J. WALLER | Dividend paid 100.00% on $103.75, Trustee Expenses; Reference: | 2200-000 |  | 103.75 | 5,897.25 |
| 05/27/11 | 102 | BRADLEY J. WALLER | Dividend paid 100.00% on $1,350.10, Trustee Compensation; Reference: | 2100-000 |  | 1,350.10 | 4,547.15 |
| 05/27/11 | 103 | CANDICA, L.L.C. | Dividend paid 23.55% on $750.15; Claim# 1; Filed: $750.15; Reference: | 7100-000 |  | 176.69 | 4,370.46 |
| 05/27/11 | 104 | AMERICAN INFOSOURCE LP AS AGENT FOR | Dividend paid 23.55% on $440.56; Claim# 2; Filed: $440.56; Reference: | 7100-000 |  | 103.77 | 4,266.69 |
| 05/27/11 | 105 | Von Maur | Dividend paid 23.55% on $271.04; Claim# 3; Filed: $271.04; Reference: | 7100-000 |  | 63.84 | 4,202.85 |
| 05/27/11 | 106 | Chase Bank USA, N.A. | Dividend paid 23.55% on $1,641.12; Claim# 4; Filed: $1,641.12; Reference: | 7100-000 |  | 386.56 | 3,816.29 |
| 05/27/11 | 107 | Chase Bank USA, N.A. | Dividend paid 23.55% on $6,814.87; Claim# 5; Filed: $6,814.87; Reference: | 7100-000 |  | 1,605.21 | 2,211.08 |
| 05/27/11 | 108 | PYOD LLC its successors and assigns as assignee of | Dividend paid 23.55% on $560.49; Claim# 6; Filed: $560.49; Reference: | 7100-000 |  | 132.02 | 2,079.06 |
| 05/27/11 | 109 | PYOD LLC its successors and assigns as assignee of | Dividend paid 23.55% on $493.45; Claim# 7; Filed: $493.45; Reference: | 7100-000 |  | 116.23 | 1,962.83 |
| 05/27/11 | 110 | State Farm Bank | Dividend paid 23.55% on $2,772.07; Claim# 8; Filed: $2,772.07; Reference: | 7100-000 |  | 652.95 | 1,309.88 |
| 05/27/11 | 111 | GE Money Bank dba JCPENNEY CREDIT SERVICES | Dividend paid 23.55% on $1,646.96; Claim# 9; Filed: $1,646.96; Reference: | 7100-000 |  | 387.93 | 921.95 |
| 05/27/11 | 112 | GE Money Bank dba PAYPAL | Dividend paid 23.55% on $440.60; Claim# 10; Filed: $440.60; Reference: | 7100-000 |  | 103.78 | 818.17 |
| 05/27/11 | 113 | GE Money Bank dba WAL-MART DISCOVER CARD | Dividend paid 23.55% on $2,420.46; Claim# 11; Filed: $2,420.46; Reference: | 7100-000 |  | 570.13 | 248.04 |
| 05/27/11 | 114 | GE Money Bank dba MEIJER | Dividend paid 23.55% on $1,053.06; Claim# 12; Filed: $1,053.06; Reference: | 7100-000 |  | 248.04 | 0.00 |

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
|  |  |  | **ACCOUNT TOTALS** |  | 6,001.00 | 6,001.00 | $0.00 |
|  |  |  | Less: Bank Transfers |  | 6,001.00 | 0.00 |  |
|  |  |  | **Subtotal** |  | 0.00 | 6,001.00 |  |
|  |  |  | Less: Payments to Debtors |  |  | 0.00 |  |
|  |  |  | **NET Receipts / Disbursements** |  | **$0.00** | **$6,001.00** |  |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| **Case Number:** | 09-33957 | | **Trustee:** | BRADLEY J. WALLER (330500) |
| **Case Name:** | LE, MONITA S. | | **Bank Name:** | The Bank of New York Mellon |
| | | | **Account:** | 9200-******43-66 - Checking Account |
| **Taxpayer ID #:** | **-***7361 | | **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Period Ending:** | 08/02/11 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

| | Net Receipts : | 6,001.00 |
| | Net Estate : | $6,001.00 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****43-65 | 750.00 | 0.00 | 0.00 |
| MMA # 9200-******43-65 | 5,251.00 | 0.00 | 0.00 |
| Checking # 9200-******43-66 | 0.00 | 6,001.00 | 0.00 |
| | $6,001.00 | $6,001.00 | $0.00 |